# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**PONDEROSA OIL & GAS, LLC, ET AL**                    CIVIL ACTION

**VERSUS**

                                                                     NO. 16-797-JWD-RLB

**GULF COAST COIL TUBING &**
**NITROGEN SERVICES, INC., ET AL**

# O R D E R

The court *sua sponte* notes the potential insufficiency of the plaintiff's allegation of the

citizenship of the parties in its Complaint (R. Doc. 1) and Amended Complaint (R. Doc. 9) as

follows:

1.    ____    A party invoking diversity jurisdiction must allege the *citizenship* of an individual. An individual's citizenship is determined by his or her domicile, rather than residence. *See Preston v. Tenet Healthsystem Memorial Medical Center, Inc.*, 485 F.3d 793, 799 (5th Cir. 2007). In addition, *see* 28 U.S.C. §1332(c)(2), for infants, the deceased and the incompetent. The *citizenship* of _____ is not provided.

2.    _X_    A party invoking diversity jurisdiction must allege both the state of incorporation and principal place of business[1] of each corporate party. *See, e.g., Illinois Central Gulf Railroad Co. v. Pargas, Inc.,* 706 F.2d 633 (5th Cir. 1983). The state of incorporation and principal place of business of plaintiff **Polycomp Trust Co.** is not provided. Further, the state of incorporation of defendant **St. Paul Fire and Marine Insurance Company, Inc.** is not provided.

3.    ____    A party invoking diversity jurisdiction must allege both the state of incorporation and principal place of business of each corporate party. *See, e.g., Illinois Central Gulf Railroad Co. v. Pargas, Inc.,* 706 F.2d 633 (5th Cir. 1983). Even when a liability insurer takes on its insured's citizenship under 28 U.S.C. § 1332(c)(1), its own citizenship still is considered in determining whether complete diversity

---

[1] The phrase "principal place of business" in §1332(c)(1) refers to the place where a corporation's high level officers direct, control, and coordinate the corporation's activities, *i.e.*, its "nerve center," which will typically be found at its corporate headquarters. *Hertz Corp. v. Friend,* 130 S.Ct. 1181, 175 L.Ed.2d 1029 (2010)

exists.  The state of incorporation and principal place of business of
_____ is not provided.[2]

4.       X      A party invoking diversity jurisdiction must properly allege the citizenship of a
limited liability company.  The citizenship of a limited liability company for
diversity purposes is determined by the citizenship of **its members**.  The
citizenship of **all of the members** of a limited liability company must be properly
alleged.   In the event a member of a limited liability company is another limited
liability company, the members of that limited liability company must be properly
alleged as well.  See *Harvey v. Grey Wolf Drilling Co.,* 542 F.3d 1077, 1080 (5th
Cir. 2008).  The complete citizenship of **Ponderosa Oil & Gas, LLC, 2013
Program, LLC, Auterra Energy, LLC, CGL – Laurel Ridge, LLC, Classen &
Co., LLC, Lily Group, LLC** is not provided.

5.      ____      A party invoking diversity jurisdiction must properly allege the citizenship of a
general partnership, a limited liability partnership, and a limited partnership.  A
general partnership, a limited liability partnership, and a limited partnership has
the citizenship of each one of its partners.  Both the general partner and limited
partner must be alleged to establish citizenship of a limited partnership.  See
*International Paper Co. v. Denkmann Assoc.,* 116 F.3d 134, 137 (5th Cir. 1997);
*Carden v. Arkoma Associates,* 494 U.S. 185 (1990).   The citizenship of
_____ is not provided.

6.      ____      A party invoking diversity jurisdiction must properly allege the citizenship of
Underwriters at Lloyd's, London.  The citizenship of Underwriters at Lloyd's,
London has not been provided.  *See Corfield v. Dallas Glen Hills LP,* 355 F.3d
853 (5th Cir. 2003).

7.      ____      A party invoking diversity jurisdiction must properly allege the citizenship of a
sole proprietorship.  A business entity cannot be both a corporation and sole
proprietorship; therefore the court seeks to clarify the identity of
plaintiff/defendant.  Case law suggests that the citizenship of a sole proprietorship
for diversity purposes is determined by the citizenship of its members and/or
owners.  *See Linder Enterprises v. Martinringle, No. 07-1733,* 2007 WL 3095382
(N.D. Tex., Oct. 22, 2007).  The citizenship of _____ is not provided.

Accordingly,

**IT IS ORDERED**, pursuant to 28 U.S.C. §1653, that, on or before **January 25, 2017**,

the plaintiff shall file an amended complaint providing the citizenship of plaintiffs **PolyComp**

**Trust Co., Ponderosa Oil & Gas, LLC, 2013 Program, LLC, Auterra Energy, LLC, CGL –**

---

[2]See footnote 1.

**Laurel Ridge, LLC, Classen & Co., LLC, Lily Group, LLC** and defendant **St. Paul Fire and Marine Insurance Company, Inc.**, by setting forth all citizenship particulars required to sustain federal diversity jurisdiction.

Signed in Baton Rouge, Louisiana, on January 11, 2017.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**